```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

JAMIE LYNN SNYDER,

     Petitioner,

v.                                Civil Action No: 1:13-27993

SANDRA BUTLER, Warden
FPC Alderson

     Respondent.

## MEMORANDUM OPINION AND ORDER

     By Standing Order, this matter was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation on June 11, 2014, in which he recommended that the district court deny the petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) and dismiss this matter from the court's docket.  Doc. No. 12.

     In accordance with the provisions of 28 U.S.C. § 636(b), petitioner was allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Tinsley's Findings and Recommendation.  The failure to file such objections constitutes a waiver of the right to a de novo review

1

by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Petitioner failed to file any objections to the Magistrate Judge's Findings and Recommendation within the seventeen-day period. Having reviewed the Findings and Recommendation filed by Magistrate Judge Tinsley, the court adopts the findings and recommendation contained therein.

The court DENIES petitioner's petition for writ of habeas corpus (Doc. No. 1), and DISMISSES this matter from the court's docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to petitioner, pro se and counsel of record.

It is SO ORDERED this 18th day of July, 2014.

    ENTER:

    David A. Faber
    Senior United States District Judge